UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Gregg Herpst,
       Plaintiff,

      v.                              CASE NO.:  1:22-cv-1879

Equifax Information Services, LLC;
Experian Information Solutions, Inc.;
TransUnion, LLC; and
USAA Savings Bank,
       Defendant.
_____/

## NOTICE OF SETTLEMENT AS TO TRANS UNION, LLC

Notice is hereby given that the Plaintiff and the Defendant, Trans Union, LLC, have settled this matter.  The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days.  The parties request that the Court retain jurisdiction of these parties during said sixty (60) day period.

DATED, this 22nd day of September, 2022

                                                     _/s/Aryeh E. Stein_
                                                     Aryeh E. Stein, Esq.
                                                     **Meridian Law, LLC**
                                                     1212 Reisterstown Road
                                                     Baltimore, MD 21208
                                                     Phone: 443-326-6011
                                                     astein@meridianlawfirm.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on September 22, 2022 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Aryeh E. Stein*
Aryeh E. Stein