UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Gregg Herpst,
        Plaintiff,

v.                               CASE NO.: 1:22-cv-1879

Equifax Information Services, LLC;
Experian Information Solutions, Inc.;
TransUnion, LLC; and
USAA Savings Bank,
        Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendant, Trans Union, LLC that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to Defendant, Trans Union, LLC, shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above entitled action pursuant hereto.

DATED, this 16th day of February 2023

                                                */s/Tamir Saland*
                                                Tamir Saland, Esq.
                                                **Stein Saks, PLLC**
                                                One University Plaza
                                                Hackensack, NJ 07601
                                                Phone: 201-282-6500
                                                tsaland@steinsakslegal.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on February 16, 2023 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                 */s/ Tamir Saland*
                                                 Tamir Saland, Esq.