UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

-----------------------------------------------------------------------x

Gregg Herpst,                                    Civil Action No:
                                                 1:22-cv-1879
                    Plaintiff,

    -v.-

Equifax Information Services, LLC;
Experian Information Solutions, Inc.;
TransUnion, LLC; and
USAA Savings Bank,

                    Defendants.
-----------------------------------------------------------------------x

**JOINT STIPULATION OF DISMISSAL AS TO USAA SAVINGS BANK**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant, USAA Savings Bank in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** March 23, 2023

| **For Plaintiff Gregg Herpst** | **For Defendant USAA Savings Bank** |
|---|---|
| /s/ Tamir Saland<br>Tamir Saland<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>tsaland@steinsakslegal.com | /s/ Jessica Lynn Farmer<br>Jessica Lynn Farmer<br>Holland Knight LLP<br>800 17th St NW Ste 1100<br>Washington, DC 20006<br>Ph: (202) 469-5222<br>Jessica.Farmer@hklaw.com |

## **CERTIFICATE OF SERVICE**

I certify that on March 23, 2023, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Tamir Saland*
Tamir Saland
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*
